UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| GDF PROPERTIES and INVESTMENTS, LLC,<br><br>Plaintiff,<br>vs.<br><br>AUTO-OWNERS INSURANCE,<br><br>Defendant. | **4:23-CV-04209-LLP**<br><br>**JUDGMENT** |

In accordance with the Order issued on this date dismissing the complaint under Rule 4(m),

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant and against Plaintiff, dismissing the complaint without prejudice.

Dated this 13th day of May, 2024.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK